# Exhibit A
## (Part 1)

# REGISTER OF ACTIONS
### CASE NO. 2019DCV4364

Javier Cazares and Angelina Cazares VS Ortho El Paso P.A.,CVS Health Inc., d/b/a CVS, CVS Caremark Inc., d/b/a CVS, Genco Pharmaceutical Services, Aventis Inc.,Aventis Pharmaceutical Inc.,Sanofi SA,Sanofi U.S.,Sanofi-Aventis,Sanofi-Aventis LLC,Sanofi-Aventis U.S. LLC,Sanofi US Services Inc.,Sanofi Pasteur,Sanofi Genzyme,Genzyme Corporation,Genzyme Biosurgery

§
§
§
§
§
§

| | |
|---|---|
| Case Type: | **Injury or Damage - Other Product Liability** |
| Date Filed: | **11/08/2019** |
| Location: | **34th District Court** |

---

| PARTY INFORMATION | |
|---|---|
| | **Lead Attorneys** |

| | | |
|---|---|---|
| Defendant | **Aventis Inc.** | |
| Defendant | **Aventis Pharmaceutical Inc.** | |
| Defendant | **CVS Caremark Inc.** | |
| Defendant | **CVS Health Inc.** | |
| Defendant | **Genco Pharmaceutical Services** | |
| Defendant | **Genzyme Biosurgery** | |
| Defendant | **Genzyme Corporation** | |
| Defendant | **John Doe Corporation** | |
| Defendant | **Ortho El Paso P.A.** | **MARK A. BRACKEN**<br>*Retained*<br>915-544-1144(W) |
| Defendant | **Sanofi Genzyme** | |
| Defendant | **Sanofi Pasteur** | |
| Defendant | **Sanofi SA** | |
| Defendant | **Sanofi U.S.** | |
| Defendant | **Sanofi US Services Inc.** | |
| Defendant | **Sanofi-Aventis** | |
| Defendant | **Sanofi-Aventis LLC** | |
| Defendant | **Sanofi-Aventis U.S. LLC** | |
| Plaintiff | **Cazares, Angelina** | **ADAM SETRA**<br>*Retained*<br>915-757-9999(W) |
| Plaintiff | **Cazares, Javier** | **ADAM SETRA**<br>*Retained*<br>915-757-9999(W) |

---

| EVENTS & ORDERS OF THE COURT |
|---|

OTHER EVENTS AND HEARINGS

| Date | Event | | | |
|---|---|---|---|---|
| 11/08/2019 | **Original Petition (OCA)      Doc ID# 1** | | | |
| 11/08/2019 | **E-File Event Original Filing** | | | |
| 11/15/2019 | **Citation** | | | |
| | Ortho El Paso P.A. | Served | 11/26/2019 |
| | | Response Received | 12/11/2019 |
| | | Returned | 11/26/2019 |
| | CVS Health Inc. | Unserved | |
| | CVS Caremark Inc. | Unserved | |
| | Genco Pharmaceutical Services | Unserved | |
| | Aventis Pharmaceutical Inc. | Unserved | |
| | Sanofi SA | Unserved | |
| | Sanofi U.S. | Unserved | |
| | Sanofi-Aventis | Unserved | |
| | Sanofi-Aventis LLC | Unserved | |
| | Sanofi-Aventis U.S. LLC | Unserved | |
| | Sanofi US Services Inc. | Unserved | |
| | Sanofi Pasteur | Unserved | |
| | Sanofi Genzyme | Unserved | |
| | Genzyme Corporation | Unserved | |
| | Genzyme Biosurgery | Unserved | |
| | Aventis Inc. | Unserved | |
| 12/02/2019 | **Citation** | | | |
| | CVS Health Inc. | Served | 12/09/2019 |
| | | Response Due | 12/30/2019 |
| | | Returned | 12/17/2019 |
| | CVS Caremark Inc. | Served | 12/09/2019 |
| | | Response Due | 12/30/2019 |
| | | Returned | 12/17/2019 |
| | Genco Pharmaceutical Services | Served | 12/09/2019 |
| | | Response Due | 12/30/2019 |
| | | Returned | 12/12/2019 |
| | Aventis Pharmaceutical Inc. | Served | 12/11/2019 |
| | | Response Due | 01/06/2020 |
| | | Returned | 12/17/2019 |
| | Sanofi SA | Served | 12/09/2019 |
| | | Response Due | 12/30/2019 |
| | | Returned | 12/12/2019 |
| | Sanofi U.S. | Served | 12/13/2019 |
| | | Response Due | 01/06/2020 |
| | | Returned | 12/19/2019 |
| | Aventis Inc. | Served | 12/09/2019 |
| | | Response Due | 12/30/2019 |
| | | Returned | 12/17/2019 |
| | Genzyme Biosurgery | Served | 12/09/2019 |
| | | Response Due | 12/30/2019 |
| | | Returned | 12/13/2019 |
| | Genzyme Corporation | Served | 12/09/2019 |
| | | Response Due | 12/30/2019 |
| | | Returned | 12/12/2019 |
| | Sanofi Genzyme | Served | 12/09/2019 |
| | | Response Due | 12/30/2019 |
| | | Returned | 12/12/2019 |
| | Sanofi Pasteur | Served | 12/09/2019 |
| | | Response Due | 12/30/2019 |
| | | Returned | 12/13/2019 |
| | Sanofi US Services Inc. | Served | 12/09/2019 |
| | | Response Due | 12/30/2019 |
| | | Returned | 12/12/2019 |
| | Sanofi-Aventis U.S. LLC | Served | 12/09/2019 |
| | | Response Due | 12/30/2019 |
| | | Returned | 12/13/2019 |
| | Sanofi-Aventis LLC | Served | 12/13/2019 |
| | | Response Due | 01/06/2020 |
| | | Returned | 12/19/2019 |
| | Sanofi-Aventis | Served | 12/09/2019 |
| | | Response Due | 12/30/2019 |
| | | Returned | 12/12/2019 |
| 12/11/2019 | **Answer      Doc ID# 10** | | | |
| 12/27/2019 | **Motion for Abatement      Doc ID# 20** | | | |
| 01/02/2020 | **Amended      Doc ID# 21** | | | |

Filed 1/2/2020 3:06 PM
Norma Favela Barceleau
District Clerk
El Paso County
2019DCV4364

# IN THE 34th JUDICIAL DISTRICT COURT

## EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| **JAVIER CADENA CAZARES, and** **ANGELINA CAZARES** | § § § | |
| **Plaintiff,** | § § § | |
| **vs.** | § § § | **CAUSE NO. 2019-DCV-4364** |
| **ORTHO EL PASO, P.A., CVS HEALTH INC., d/b/a CVS, CVS CAREMARK, INC. d/b/a CVS, GENCO PHARMACEUTICAL SERVICES, AVENTIS INC., AVENTIS PHARMACEUTICAL, INC., SANOFI SA, SANOFI U.S., SANOFI-AVENTIS, SANOFI-AVENTIS, LLC, SANOFI-AVENTIS U.S. LLC, SANOFI U.S. SERVICES, INC., SANOFI PASTEUR, SANOFI GENZYME, GENZYME CORPORATION, GENZYME BIOSURGERY,** | § § § § § § § § § § § § § § § § | |
| **Defendants.** | | |

---

## PLAINTIFFS' FIRST AMENDED PETITION

COMES NOW, Plaintiffs Javier Cadena Cazares ("Mr. Cazares") and Angelina Cazares ("Mrs. Cazares") (collectively "Plaintiffs") to file their Original Petition complaining of Defendants, Ortho El Paso P.A., CVS Health Inc., CVS Caremark Inc., Genco Pharmaceutical Services, Sanofi S.A., Sanofi-Aventis, Sanofi-Aventis LLC, sanofi-aventis U.S. LLC, Sanofi US Services Inc., Sanofi Pasteur, Sanofi Genzyme, Genzyme Corporation, Genzyme Biosurgery ("Defendants"), and

respectfully shows as follows.

## I.
## DISCOVERY PLAN LEVEL 3

This suit is for monetary relief aggregating in excess of $1,000,000 and Plaintiff requests that this lawsuit be governed by Discovery Plan Level 3 pursuant to Rule 190.4 of the Texas Rules of Civil Procedure.

## II.
## PARTIES

Plaintiff Javier Cazares is a resident of El Paso County, Texas. The last three numbers of Plaintiff's driver's license number are 364. The last three numbers of Plaintiff's social security number are 444.

Plaintiff Angelina Cazares is a resident of El Paso County, Texas. The last three numbers of Plaintiff's driver's license number are XXX. The last three numbers of Plaintiff's social security number are XXX.

Defendant Ortho El Paso P.A. is a professional association licensed to conduct business in El Paso County, Texas and can be served through its registered agent JASON D. VOURAZERIS at 12770 Edgemere Blvd., Bldg. F, El Paso, Texas 79938 or wherever he may be found.

Defendant CVS Health Inc. is a corporation licensed to conduct business in El Paso County, Texas and can be served through their registered agent C T CORPORATION SYSTEM, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3140 or wherever they may be found.

Defendant CVS Caremark Inc. is a corporation licensed to conduct business in El Paso County, Texas and can be served through their registered agent C T CORPORATION SYSTEM, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3140 or wherever they may be found.

2

Genco Pharmaceutical Services is a foreign corporation licensed to conduct business is the United States and may be served through their registered agent, C T CORPORATION SYSTEM, 128 State St. #3, Augusta, ME 04330 or wherever they may be found.

Defendant Aventis Inc. is a corporation licensed to conduct business in Texas and may be served through their registered agent C T CORPORATION SYSTEM, 350 N. St. Paul Street, Dallas, Texas 75201 or wherever they may be found.

Defendant Aventis Pharmaceuticals Inc. is a corporation licensed to conduct business in Texas and may be served through their registered agent C T CORPORATION SYSTEM, 350 N. St. Paul Street, Dallas, Texas 75201 or wherever they may be found.

Defendant Sanofi SA is a Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Sanofi U.S. Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Sanofi-Aventis, Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Sanofi-Aventis LLC, Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they

3

may be found.

Defendant Sanofi-aventis U.S. LLC, Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Sanofi US Services Inc., Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Sanofi Pasteur is a Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Sanofi Genzyme is a Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Genzyme Corporation is a corporation licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Genzyme Biosurgery is a Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they

4

may be found.

Defendant, JOHN DOE CORPORATION is a corporation doing business in Texas and can be served through its registered agent at and/or wherever they may be found.

## III.
## JURISDICTION AND VENUE

This Court has jurisdiction over the Defendants because, at all times relevant to this cause of action, the Defendants did business in El Paso County, Texas and/or resided in El Paso County, Texas. The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the court.

Venue is proper in El Paso County, Texas, because Defendant Ortho El Paso P.A. is a corporation whose principal office in this state, was in El Paso County at the time the cause of action accrue, and all or a substantial part of the events giving rise to the cause of action occurred here.

## IV.
## FACTUAL BACKGROUND

The named Defendants are manufacturers, designers, producers, marketers, sellers, handlers, and/or distributors of the drug Synvisc-One® (Hylan g-f20). Following a surge in complaints related to a contaminated batch of Synvisc-One® syringes, the Defendants initiated a voluntary recall of the 12,380 syringes in single lot number 7RSL021 ("Contaminated Lot"). The Defendants' recall notice cited a lack of environmental control which resulted in microbial contamination to the syringes in the recalled lot. The Contaminated Lot was produced at the Defendants' plant in Ridgefield, New Jersey and distributed between October 25, 2017 and November 7, 2017.

On November 9, 2017, Mr. Cazares was suffering from osteoarthritis in his knee. Plaintiff's doctor, working from Defendant Ortho El Paso's facility where the drug was ultimately distributed

5

and sold for final use, administered a dose of contaminated Synvisc-One® to Mr. Cazares for his knee pain. The contaminated syringe was placed into the stream of commerce by all named Defendants, who at all times relevant to this lawsuit, maintained exclusive control of the manufacture, distribution, sale, and administration of the bacteria-infused Synvisc-One®. Due to the bacterial cocktail he was injected with, Mr. Cazares suffered an immediate adverse reaction and subsequent infection that eventually necessitated several surgeries, months of therapy, and numerous hospitalizations. As a result of the injuries caused by the Defendants, both Plaintiffs sustained severe injuries described below.

## V.
## STRICT LIABILITY

Plaintiff adopts and realleges by reference each and every factual allegation contained in this Petition as if fully copied and set forth at length. The Defendants produced, manufactured, distributed, marketed, stored, handled, processed, and sold the Contaminated Lot of Synvisc-One. At all times before the tainted syringe was used on Plaintiff, it was in the exclusive control of the Defendants, their agents, servants, employees, and/or apparent agents, and was delivered to Plaintiff without substantial change to its defective condition. The tainted syringe was defective and unreasonably dangerous to the ultimate user at the time it was produced through the time it was administered to Plaintiff. Unlike the sterile product it was supposed to be, the tainted syringe was defective and unreasonably dangerous because, among other things, it was contaminated by various pathogenic bacteria. The defective and unreasonably dangerous condition of the Contaminated Lot is a direct, proximate, and producing cause of Plaintiffs' injuries and losses.

# VI.
## **MANUFACTURING DEFECT**

Plaintiff adopts and realleges by reference each and every factual allegation contained in this Petition as if fully copied and set forth at length. There was a manufacturing defect in the Contaminated Lot at the time it left the possession of the Defendants. The product deviated in its construction or quality from its specifications in a manner that rendered it unreasonably dangerous. The manufacturing defect rendered the medical device dangerous to an extent beyond that which would be contemplated by the ordinary user of the product, and with the ordinary knowledge common to the community as to the product's characteristics. The above manufacturing defect was a producing cause of the injuries made the basis of this suit. As more particularly set forth below, Plaintiff invokes the doctrine of *res ipsa loquitur* as to whether the product contained a manufacturing defect.

# VII.
## **NEGLIGENCE**

Plaintiff adopts and realleges by reference each and every factual allegation contained in this Petition as if fully copied and set forth at length. The Defendants were negligent in the design, manufacture, and marketing of Synvisc-One® Lot Number 7RSL021. The Defendants, through various agents and entities, failed to ensure that the appropriate environmental controls were adhered to and/or deviated from the appropriate manufacturing processes resulting in the microbial infestation contained in the Contaminated Lot. was a producing cause of the injuries to Plaintiffs. As a direct and proximate result of the Defendants' negligence, Plaintiffs sustained the injuries and losses described below. As more particularly set forth below, Plaintiff invokes the doctrine of *res ipsa loquitur*.

## VIII.
## BREACH OF EXPRESS WARRANTY
## (TEX. UCC §2.313)

Plaintiff adopts and realleges by reference each and every factual allegation contained in this Petition as if fully copied and set forth at length. Among other affirmative representations, each Defendant expressly warranted that the contents of the syringe were "sterile and nonpyrogenic." Rather than the "sterile and nonpyrogenic" syringe, the Defendants furnished and administered a contaminated syringe loaded with a bacterial cocktail which caused the plaintiff to suffer severe adverse reactions to the product requiring surgical intervention. As a direct and proximate result of the Defendants' breach, Plaintiffs sustained the injuries and losses described below.

## IX.
## BREACH OF THE IMPLIED WARRANTIES OF MERCHANTABILITY
## (TEX. UCC §2.314(b)) AND FITNESS FOR A PARTICULAR PURPOSE
## (TEX. UCC §2.315)

Plaintiff adopts and realleges by reference each and every factual allegation contained in this Petition as if fully copied and set forth at length. The Defendants designed, constructed, manufactured, labeled, handled, stored and/or distributed the Contaminated Lot of Synvisc-One that was eventually injected into Plaintiff resulting in significant harm. The Defendants impliedly warranted that Synvisc-One was fit for its intended use as a medical device as a single-injection device for the long-term treatment of arthritis pain, which the plaintiff had (TEX. UCC §2.315). Each Defendant also impliedly warranted that the Contaminated Lot was merchantable pursuant to TEX. UCC §2.314(b).

Defendants sold goods to Plaintiff that were unfit for their particular purpose. The injection, from the Contaminated Lot, was not fit for its intended purpose and Defendants breached their

8

implied warranties by selling the Synvisc-One injection while it was contaminated with microbial pathogens and other adulterants. Thus, it was not fit for its intended purpose or use and/or was not merchantable. Plaintiff relied on Defendants' knowledge and skill in these areas to ensure that the product was merchantable and/or would perform as warranted by the Defendants. As a direct and proximate result of the Defendants' breach, Plaintiffs sustained the injuries and losses described below.

## X.
## *RES IPSA LOQUITOR*

As a basis for application of *res ipsa loquitur* to Plaintiff's claims against the Defendants, Plaintiff adopts and realleges by reference each and every factual allegation contained in this Petition as if fully copied and set forth at length. The character of the incident made the basis of this lawsuit would not ordinarily occur in the absence of negligence; and

At all relevant times, the tainted syringe was under the exclusive management and control of the Defendants. Defendants were in control of the product at the time that the negligence (inferable from the incident made the basis of this lawsuit) occurred, so that the reasonable probabilities point to the Defendants and support a reasonable inference that Defendants were the negligent party. Further, Defendants have superior knowledge or means of information to determine the cause of the incident made the basis of this lawsuit. By reason of the above and foregoing circumstances, among others, the jury is permitted to infer the Defendants' negligence.

## XI.
## CIRCUMSTANTIAL EVIDENCE OF A DEFECT

The malfunction that occurred ordinarily would not occur in the absence of a defect in the product. *Shaun T. Mian Corp. v. Hewlett-Packard Co.*, 237 S.W.3d 851, 862-863 (Tex.App.—Dallas 2007, pet. Denied). The circumstances provide a reasonable basis for concluding the defective

9

condition did not arise subsequent to Defendant's exercise of control over the product. *Shaun T.*

*Mian Corp.*, 237 S.W.3d at 863. The likelihood of something other than a defect in the product is so

reduced that the most probable cause of the malfunction was a defect in the product. *Shaun T. Mian*

*Corp.*, 237 S.W.3d at 863. Thus, the product was defective.

## XII.
## DAMAGES

As a proximate and/or producing result of Defendants' conduct, Plaintiff Javier Cazares has

suffered, sustained and incurred, and in reasonable medical probability will continue to suffer,

sustain and incur, the following injuries and damages, among others:

> a. physical pain sustained in the past and, in reasonable probability, that will be sustained in the future;
>
> b. mental anguish sustained in the past and, in reasonable probability, that will be sustained in the future;
>
> c. disfigurement sustained in the past and, in reasonable probability, that will be sustained in the future;
>
> d. physical impairment sustained in the past and, in reasonable probability, that will be sustained in the future;
>
> e. medical expenses sustained in the past and, in reasonable probability, that will be sustained in the future;
>
> f. lost earnings in the past; and
>
> g. exemplary damages.

As a proximate and/or producing result of Defendants' conduct, Plaintiff Angelina Cazares

suffered, sustained and incurred, and in reasonable medical probability will continue to suffer,

sustain and incur, the following injuries and damages, among others:

> a. Loss of household services, past and future;

10

b. Loss of consortium, past and future; and

c. Exemplary damages.

Accordingly, Plaintiffs sue for damages within the jurisdictional limits of the Court; Plaintiffs request that the amount of their damages be determined by a jury of their peers. Plaintiffs ask the jury to award a fair and reasonable amount based on the evidence presented at trial. Plaintiffs leave the amount of that verdict to the sound discretion of the jury. The Texas Rules of Civil Procedure require Plaintiffs to plead that his/her case falls under a particular category as outlined by the Texas Rules of Civil Procedure. In order to comply with this procedural requirement and to accommodate any potential verdict that could be awarded by a jury, Plaintiffs hereby plead and places his case into the category of suits seeking relief over $1,000,000.00, including damages, penalties, costs, expenses, and pre-judgment interest. Plaintiffs hereby further demand judgment for all relief to which he is entitled.

Plaintiffs also seek punitive damages from Defendants under TEX. CIV. PRAC. & REM. CODEANN. § 41.003 for their gross negligence/malice that resulted in the Plaintiffs' injuries and damages as set forth above. Plaintiff prefers to leave the precise amount of punitive damages to the sole dicretion of the jury, based upon the credible evidence presented at trial, without regard to sympathy, prejudice or bias. The jury should be guided by previous exemplary sums, if any, paid by or on behalf of the Defendants for the same or similar unsafe practices alleged in this case. In assessing punitive damages against defendants, the jury should take into account the following considerations: 1) the nature of the defendant's wrong; 2) the character of the conduct involved; 3) the degree of culpability of the wrongdoer; 4) the situation and sensibilities of the parties concerned; 5) the extent to which such conduct offends a public sense of justice and propriety; and 6) Plaintiffs reasonable attorney's fees. *Alamo National Bank v. Kraus*, 616 S.W.2d 908, 910 (Tex. 1981). The

jury should also take into account the net worth of the Defendants.

## XIII.
## REQUEST FOR DISCLOSURES

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendants are requested to disclose the information and material described in Rule 194.2 within fifty (50) days of the service of this Plaintiff's Requests for Disclosure to Defendants.

## XIV.
## RULE 193.7 NOTICE

Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives notice that all documents produced by any party to this case will be used at any pretrial proceeding or at the trial of this matter.

## XV.
## JURY DEMAND

Pursuant to Texas Rule of Civil Procedure 216, Plaintiff requests a trial by jury and would show that the appropriate fee is paid contemporaneously with the filing of this Petition.

## XVI.
## DESIGNATED EMAIL FOR SERVICE PROCESS

13.01  Plaintiff hereby notifies all parties that the designated email for service for all matters included, but not limited to discovery, motions, notices and pleadings, is as follows:

getlit@lovettlawfirm.com

## XVII.
## <u>PRAYER</u>

Plaintiffs pray that they have judgment against Defendants, jointly and severally, for actual damages shown and proved at trial, for prejudgment and post-judgment interest, for costs of court, and for all other relief, legal and equitable, to which Plaintiffs are justly entitled.

Respectfully submitted,

**LOVETT LAW FIRM**
619 Arizona Avenue
El Paso, Texas 79902
(915) 757-9999
(915) 595-4166 Facsimile

BY:

**ROBERT L. LOVETT**
State Bar No. 00791140
rlovett@lovettlawfirm.com

**RUSSELL A. MURRAY**
State Bar No. 24062519
rmurray@lovettlawfirm.com

**ADAM SETRA**
State Bar No. 24115478
asetra@lovettlawfirm.com

*Attorneys for Plaintiffs*

13

## CERTIFICATE OF SERVICE

I hereby certify that on the **2nd** day of January 2020, I electronically filed the forgoing document with the clerk of the court using an e-filing service provider which will send notification of such filing to the following:

**VIA ELECTRONIC SERVICE**
Mr. Paul Bracken
Mr. Mark Bracken
Robles, Bracken & Hughes
310 N. Mesa Ste. 700
El Paso, Texas 79901
*Attorneys for Defendant Ortho El Paso*

ADAM SETRA

14

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued.  You may employ an attorney.  If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:   **GENZYME CORPORATION**, which may be served with process by serving its registered agent, **CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO at 211 E. 7TH STREET, SUITE 620, AUSTIN, TX  78701.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 8th day of November, 2019, by Attorney at Law, ADAM SETRA, 619 ARIZONA AVE.,  EL PASO, TX 79902 in this case numbered **2019DCV4364** on the docket of said court, and styled:

**Javier Cazares and Angelina Cazares**

**VS**

**Ortho El Paso P.A.,CVS Health Inc., d/b/a CVS, CVS Caremark Inc., d/b/a CVS, Genco Pharmaceutical Services, Aventis Inc.,Aventis Pharmaceutical Inc.,Sanofi SA,Sanofi U.S.,Sanofi-Aventis,Sanofi-Aventis LLC,Sanofi-Aventis U.S. LLC,Sanofi US Services Inc.,Sanofi Pasteur,Sanofi Genzyme,Genzyme Corporation,Genzyme Biosurgery**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of December, 2019.

Attest:  NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

By _____
Clarisa Aguirre

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE

Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the _6TH_ day of _December_ , 2019, at _5:00 PM_ I mailed to _Genzyme Corporation, by delivering to its Registered Agent Corporation Service Company DBA CSC Lawyers Inco_ Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's) Original Petition and Request for Disclosure attached thereto.

_Joel Payan_        _Process Server_
*NAME OF PREPARER          TITLE
_10221 Stoneway Dr._
ADDRESS
_El Paso_        _Texas_        _79925_
CITY        STATE        ZIP

_PSC# 2253, EXP 8/8/21_
_Process Server for At Your Service Process Service_
TITLE

**RETURN OF SERVICE**

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

      The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

      This forwarding address was provided:_____


                           El Paso County, Texas

               By:_____

                      Deputy District Clerk

                           OR

                _____

                    Name of Authorized Person

               By:_____


**VERIFICATION BY AUTHORIZED PERSON**

State of Texas

County of El Paso

      Before me, a notary public, on this day personally appeared _____, known to me to be the person

whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am

disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and

correct."

                         Subscribed and sworn to be on this _____ day

                         of _____, _____.

                         _____

                         Notary Public, State of _____

                         My commission expires:_____

El Paso County - 34th District Court

Filed 11/8/2019 5:37 PM
Norma Favela Barceleau
District Clerk
El Paso County
2019DCV4364

IN THE ____JUDICIAL DISTRICT COURT/IN THE COUNTY COURT AT
LAW NUMBER_____ OF EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| JAVIER CADENA CAZARES and | § | |
| ANGELINA CAZARES | § | |
|     **Plaintiffs** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| ORTHO EL PASO, P.A., | § | CAUSE NO. 2019-DCV_____ |
| CVS HEALTH INC., d/b/a CVS, | § | |
| CVS CAREMARK, INC. d/b/a CVS, | § | |
| GENCO PHARMACUEUTICAL | § | |
| SERVICES, AVENTIS INC., | § | |
| AVENTIS PHARMACUEUTICAL, INC.,§ | | |
| SANOFI SA, SANOFI U.S., | § | |
| SANOFI-AVENTIS, SANOFI-AVENTIS, § | | |
| LLC, SANOFI-AVENTIS U.S. LLC, | § | |
| SANOFI U.S. SERVICES, INC., | § | |
| SANOFI PASTEUR, SANOFI | § | |
| GENZYME, GENZYME | § | |
| CORPORATION, GENZYME | § | |
| BIOSURGERY. | § | |
|     **Defendant(s)** | § | |

## PLAINTIFFS' ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

COMES NOW, Plaintiffs Javier Cadena Cazares ("Mr. Cazares") and Angelina Cazares

("Mrs. Cazares") (collectively "Plaintiffs") to file their Original Petition complaining of Defendants,

Ortho El Paso P.A., CVS Health Inc., CVS Caremark Inc., Genco Pharmaceutical Services, Sanofi

S.A., Sanofi-Aventis, Sanofi-Aventis LLC, sanofi-aventis U.S. LLC, Sanofi US Services Inc., Sanofi

Pasteur, Sanofi Genzyme, Genzyme Corporation, Genzyme Biosurgery ("Defendants"), and

respectfully shows as follows:

# I.
# DISCOVERY PLAN LEVEL 3

Plaintiff requests that this lawsuit be governed by Discovery Plan Level 3 pursuant to Rule 190.4 of the Texas Rules of Civil Procedure.

# II.
# PARTIES

Plaintiff Javier Cazares is a resident of El Paso County, Texas. The last three numbers of Plaintiff's driver's license number are 364. The last three numbers of Plaintiff's social security number are 444.

Plaintiff Angelina Cazares is a resident of El Paso County, Texas. The last three numbers of Plaintiff's driver's license number are XXX. The last three numbers of Plaintiff's social security number are XXX.

Defendant Ortho El Paso P.A. is a professional association licensed to conduct business in El Paso County, Texas and can be served through its registered agent JASON D. VOURAZERIS at 12770 Edgemere Blvd., Bldg. F, El Paso, Texas 79938 or wherever he may be found.

Defendant CVS Health Inc. is a corporation licensed to conduct business in El Paso County, Texas and can be served through their registered agent C T CORPORATION SYSTEM, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3140 or wherever they may be found.

Defendant CVS Caremark Inc. is a corporation licensed to conduct business in El Paso County, Texas and can be served through their registered agent C T CORPORATION SYSTEM, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3140 or wherever they may be found.

Genco Pharmaceutical Services is a foreign corporation licensed to conduct business is the United States and may be served through their registered agent, C T CORPORATION SYSTEM,

128 State St. #3, Augusta, ME 04330 or wherever they may be found.

Defendant Aventis Inc. is a corporation licensed to conduct business in Texas and may be served through their registered agent C T CORPORATION SYSTEM, 350 N. St. Paul Street, Dallas, Texas 75201 or wherever they may be found.

Defendant Aventis Pharmaceuticals Inc. is a corporation licensed to conduct business in Texas and may be served through their registered agent C T CORPORATION SYSTEM, 350 N. St. Paul Street, Dallas, Texas 75201 or wherever they may be found.

Defendant Sanofi SA is a Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Sanofi U.S. Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Sanofi-Aventis, Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Sanofi-Aventis LLC, Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Sanofi-aventis U.S. LLC, Limited Liability Company licensed to conduct business

3

in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Sanofi US Services Inc., Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Sanofi Pasteur is a Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Sanofi Genzyme is a Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Genzyme Corporation is a corporation licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant Genzyme Biosurgery is a Limited Liability Company licensed to conduct business in Texas and may be served through their registered agent CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO, 211 E. 7th Street Suite 620, Austin, Texas 78701 or wherever they may be found.

Defendant, JOHN DOE CORPORATION is a corporation doing business in Texas and can

be served through its registered agent at and/or wherever they may be found.

## III.
## JURISDICTION AND VENUE

This Court has jurisdiction over the Defendants because, at all times relevant to this cause of action, the Defendants did business in El Paso County, Texas and/or resided in El Paso County, Texas. The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the court.

Venue is proper in El Paso County, Texas, because Defendant Ortho El Paso P.A. is a corporation whose principal office in this state, was in El Paso County at the time the cause of action accrue, and all or a substantial part of the events giving rise to the cause of action occurred here.

## IV.
## FACTUAL BACKGROUND

The named Defendants are manufacturers, designers, producers, marketers, sellers, handlers, and/or distributors of the drug Synvisc-One® (Hylan g-f20). Following a surge in complaints related to a contaminated batch of Synvisc-One® syringes, the Defendants initiated a voluntary recall of the 12,380 syringes in single lot number 7RSL021 ("Contaminated Lot"). The Defendants' recall notice cited a lack of environmental control which resulted in microbial contamination to the syringes in the recalled lot. The Contaminated Lot was produced at the Defendants' plant in Ridgefield, New Jersey and distributed between October 25, 2017 and November 7, 2017.

On November 9, 2017, Mr. Cazares was suffering from osteoarthritis in his knee. Plaintiff's doctor, working from Defendant Ortho El Paso's facility, administered a dose of contaminated Synvisc-One® to Mr. Cazares for his knee pain. Due to the bacterial cocktail he was injected with, Mr. Cazares suffered an immediate adverse reaction and subsequent infection that eventually

necessitated several surgeries, months of therapy, and numerous hospitalizations. As a result of the injuries caused by the Defendants, both Plaintiffs sustained injuries

## V.
## STRICT LIABILITY

The Defendants produced, manufactured, distributed, marketed, stored, handled, processed, and sold the Contaminated Lot of Synvisc-One. At all times before the tainted syringe was used on Plaintiff, it was in the exclusive control of the Defendants, their agents, servants, employees, and/or apparent agents, and was delivered to Plaintiff without substantial change in its condition. The tainted syringe was defective and unreasonably dangerous to the ultimate user at the time it was produced through the time it was administered to Plaintiff. Unlike the sterile product it was supposed to be, the tainted syringe was defective and unreasonably dangerous because, among other things, it was contaminated by various pathogenic bacteria. The defective and unreasonably dangerous condition of the Contaminated Lot is a direct, proximate, and producing cause of Plaintiffs' injuries and losses.

## VI.
## MANUFACTURING DEFECT

There was a manufacturing defect in the Contaminated Lot at the time it left the possession of Defendants. The product deviated in its construction or quality from its specifications in a manner that rendered it unreasonably dangerous. The manufacturing defect rendered the medical device dangerous to an extent beyond that which would be contemplated by the ordinary user of the product, and with the ordinary knowledge common to the community as to the product's characteristics. The above manufacturing defect was a producing cause of the injuries made the basis of this suit. As more particularly set forth below, Plaintiff invokes the doctrine of *res ipsa loquitur* as to whether the product contained a manufacturing defect.

6

## VII.
## NEGLIGENCE

The Defendants were negligent in the design, manufacture, and marketing of Synvisc-One® Lot Number 7RSL021. The Defendants, through various agents and entities, failed to ensure that the appropriate environmental controls were adhered to and/or deviated from the appropriate manufacturing processes resulting in the microbial infestation contained in the Contaminated Lot. was a producing cause of the injuries to Plaintiffs. As a direct and proximate result of the Defendants' negligence, Plaintiffs sustained the injuries and losses described below. As more particularly set forth below, Plaintiff invokes the doctrine of *res ipsa loquitur*.

## VIII.
## BREACH OF EXPRESS WARRANTY
## (TEX. UCC §2.313)

Among other affirmative representations, the Defendants expressly warranted that the contents of the syringe were "sterile and nonpyrogenic." Rather than the "sterile and nonpyrogenic" syringe, the Defendants furnished a contaminated syringe loaded with a bacterial cocktail which caused the plaintiff to suffer severe adverse reactions to the product which required surgical intervention. As a direct and proximate result of the Defendants' breach, Plaintiffs sustained the injuries and losses described below.

## IX.
## BREACH OF THE IMPLIED WARRANTIES OF MERCHANTABILITY
## (TEX. UCC §2.314(b)) AND FITNESS FOR A PARTICULAR PURPOSE
## (TEX. UCC §2.315)

The Defendants designed, constructed, manufactured, labeled, handled, stored and/or distributed the Contaminated Lot of Synvisc-One that was eventually injected into Plaintiff resulting in significant harm. The Defendants impliedly warranted that Synvisc-One was fit for its intended

7

use as a medical device as a single-injection device for the long-term treatment of arthritis pain, which the plaintiff had (TEX. UCC §2.315). The Defendants also impliedly warranted that the Contaminated Lot was merchantable pursuant to TEX. UCC §2.314(b).

Defendants sold goods to Plaintiff that were unfit for their particular purpose. The injection, from the Contaminated Lot, was not fit for its intended purpose and Defendants breached their implied warranties by selling the Synvisc-One injection while it was contaminated with microbial pathogens and other adulterants.  Thus, it was not fit for its intended purpose or use and/or was not merchantable. Plaintiff relied on Defendants' knowledge and skill in these areas to ensure that the product was merchantable and/or would perform as warranted by the Defendants. As a direct and proximate result of the Defendants' breach, Plaintiffs sustained the injuries and losses described below.

## X.
### *RES IPSA LOQUITOR*

As a basis for application of *res ipsa loquitur* to Plaintiff's claims against the Defendants, Plaintiff adopts and realleges by reference each and every factual allegation contained in this Petition as if fully copied and set forth at length. The character of the incident made the basis of this lawsuit would not ordinarily occur in the absence of negligence; and

The product was under the exclusive management and control of the Defendants. Defendants were in control of the product at the time that the negligence (inferable from the incident made the basis of this lawsuit) occurred, so that the reasonable probabilities point to the Defendants and support a reasonable inference that Defendants were the negligent party. Further, Defendants have superior knowledge or means of information to determine the cause of the incident made the basis of this lawsuit. By reason of the above and foregoing circumstances, among others, the jury is

8

permitted to infer the Defendants' negligence.

## XI.
## CIRCUMSTANTIAL EVIDENCE OF A DEFECT

The malfunction that occurred ordinarily would not occur in the absence of a defect in the product. *Shaun T. Mian Corp. v. Hewlett-Packard Co.*, 237 S.W.3d 851, 862-863 (Tex.App.—Dallas 2007, pet. Denied). The circumstances provide a reasonable basis for concluding the defective condition did not arise subsequent to Defendant's exercise of control over the product. *Shaun T. Mian Corp.*, 237 S.W.3d at 863. The likelihood of something other than a defect in the product is so reduced that the most probable cause of the malfunction was a defect in the product. *Shaun T. Mian Corp.*, 237 S.W.3d at 863. Thus, the product was defective.

## XII.
## NOTICE OF HEALTH CARE LIABILITY CLAIM

Plaintiff sent notice of a health care liability claim, by certified mail return receipt requested and hand-delivery with receipt, with the medical authorization required by Section 74.052 of the Texas Civil Practices and Remedies Code, as follows:

    (a)    Ortho El Paso P.A.,

    (b)    Jason Vourazeris, MD

## XIII.
## DAMAGES

As a proximate and/or producing result of Defendants' conduct, Plaintiff Javier Cazares has suffered, sustained and incurred, and in reasonable medical probability will continue to suffer, sustain and incur, the following injuries and damages, among others:

    a. physical pain sustained in the past and, in reasonable probability, that will be sustained in the future;

    b. mental anguish sustained in the past and, in reasonable probability, that will be

9

sustained in the future;

c. disfigurement sustained in the past and, in reasonable probability, that will be sustained in the future;

d. physical impairment sustained in the past and, in reasonable probability, that will be sustained in the future;

e. medical expenses sustained in the past and, in reasonable probability, that will be sustained in the future;

f. lost earnings in the past; and

g. exemplary damages.

As a proximate and/or producing result of Defendants' conduct, Plaintiff Angelina Cazares suffered, sustained and incurred, and in reasonable medical probability will continue to suffer, sustain and incur, the following injuries and damages, among others:

a. Loss of household services, past and future;

b. Loss of consortium, past and future; and

c. Exemplary damages.

Plaintiffs also seek punitive damages from Defendants under TEX. CIV. PRAC. & REM. CODEANN. § 41.003 for their gross negligence/malice that resulted in the Plaintiffs' injuries and damages as set forth above. Plaintiff prefers to leave the precise amount of punitive damages to the sole determination of the jury, based upon the credible evidence presented at trial, without regard to sympathy, prejudice or bias. In assessing punitive damages against defendants, the jury should take into account the following considerations: 1) the nature of the defendant's wrong; 2) the character of the conduct involved; 3) the degree of culpability of the wrongdoer; 4) the situation and sensibilities of the parties concerned; 5) the extent to which such conduct offends a public sense of justice and propriety; and 6) Plaintiffs reasonable attorney's fees. *Alamo National Bank v. Kraus*, 616 S.W.2d

908, 910 (Tex. 1981). The jury should also be guided by previous exemplary sums, if any, paid by or on behalf of the Defendants for the same or similar unsafe practices alleged in this case. The jury should also take into account the net worth of the Defendants.

## XIV.
## REQUEST FOR DISCLOSURES

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendants are requested to disclose the information and material described in Rule 194.2 within fifty (50) days of the service of this Plaintiff's Requests for Disclosure to Defendants.

## XV.
## RULE 193.7 NOTICE

Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives notice that all documents produced by any party to this case will be used at any pretrial proceeding or at the trial of this matter.

## XVI.
## JURY DEMAND

Pursuant to Texas Rule of Civil Procedure 216, Plaintiff requests a trial by jury and would show that the appropriate fee is paid contemporaneously with the filing of this Petition.

## XVII.
## DESIGNATED EMAIL FOR SERVICE PROCESS

13.01  Plaintiff hereby notifies all parties that the designated email for service for all matters included, but not limited to discovery, motions, notices and pleadings, is as follows:

getlit@lovettlawfirm.com

11

# XVIII.
## PRAYER

Plaintiff prays that he have judgment against Defendants, jointly and severally, for actual damages shown and proved at trial, for prejudgment and post-judgment interest, for costs of court, and for all other relief, legal and equitable, to which Plaintiff is entitled.

Respectfully submitted,

**LOVETT LAW FIRM**
619 Arizona Avenue
El Paso, Texas 79902
(915) 757-9999
(915) 595-4166 Facsimile

BY:

**ROBERT L. LOVETT**
State Bar No. 00791140
rlovett@lovettlawfirm.com

**RUSSELL A. MURRAY**
State Bar No. 24062519
rmurray@lovettlawfirm.com

**ADAM SETRA**
State Bar No. 24115478
asetra@lovettlawfirm.com

*Attorneys for Plaintiffs*



U.S. POSTAGE PAID
EL PASO, TX
DEC 08, 19
78628
AMOUNT
**$7.60**
R2306K135819-07

78701

1000

CERTIFIED MAIL

7016 1370 0002 1538 3977



AT YOUR SERVICE PROCESS SERVICE

10221 Stoneway Dr.
El Paso, Texas 79925

Genzyme Corporation\Corporation Service Company
DBA CSC Lawyers INCO
211 E 7th Street Suite 620
Austin, TX 78701

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued.  You may employ an attorney.  If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:  **SANOFI-AVENTIS LLC**, which may be served with process by serving its registered agent, **CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO at 211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 8th day of November, 2019, by Attorney at Law, ADAM SETRA, 619 ARIZONA AVE.,  EL PASO, TX 79902 in this case numbered **2019DCV4364** on the docket of said court, and styled:

**Javier Cazares and Angelina Cazares**
**VS**
**Ortho El Paso P.A.,CVS Health Inc., d/b/a CVS, CVS Caremark Inc., d/b/a CVS, Genco Pharmaceutical Services, Aventis Inc.,Aventis Pharmaceutical Inc.,Sanofi SA,Sanofi U.S.,Sanofi-Aventis,Sanofi-Aventis LLC,Sanofi-Aventis U.S. LLC,Sanofi US Services Inc.,Sanofi Pasteur,Sanofi Genzyme,Genzyme Corporation,Genzyme Biosurgery**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of December, 2019.

Attest:  NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.

<br>

|  |  |
|---|---|
| CLERK OF THE COURT<br>**NORMA FAVELA BARCELEAU**<br>District Clerk<br>El Paso County Courthouse<br>500 E. San Antonio Ave, RM 103<br>El Paso Texas, 79901 | By _____, Deputy<br>Clarisa Aguirre<br>**CERTIFICATE OF DELIVERY BY MAIL** |

**ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE**
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

I hereby certify that on the _____ day of _____, 2019, at _____ I mailed to _____

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition and Request for Disclosure attached thereto.

_____

| *NAME OF PREPARER | | TITLE |
|---|---|---|
| ADDRESS | | |
| CITY | STATE | ZIP |

| | |
|---|---|
| | TITLE |

**RETURN OF SERVICE**

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

      The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

      This forwarding address was provided:_____


                        El Paso County, Texas

              By:_____

                        Deputy District Clerk

                            OR


              _____

                    Name of Authorized Person

              By:_____


**VERIFICATION BY AUTHORIZED PERSON**

State of Texas

County of El Paso

      Before me, a notary public, on this day personally appeared _____, known to me to be the person

whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am

disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and

correct."

              Subscribed and sworn to be on this _____ day

              of _____, _____.


              _____

              Notary Public, State of _____

              My commission expires:_____

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued.  You may employ an attorney.  If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:  **SANOFI GENZYME**, which may be served with process by serving its registered agent, **CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO at 211 E. 7TH STREET, SUITE 620, AUSTIN, TX  78701.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 8th day of November, 2019, by Attorney at Law, ADAM SETRA, 619 ARIZONA AVE.,  EL PASO, TX 79902 in this case numbered **2019DCV4364** on the docket of said court, and styled:

**Javier Cazares and Angelina Cazares**
**VS**

**Ortho El Paso P.A.,CVS Health Inc., d/b/a CVS, CVS Caremark Inc., d/b/a CVS, Genco Pharmaceutical Services, Aventis Inc.,Aventis Pharmaceutical Inc.,Sanofi SA,Sanofi U.S.,Sanofi-Aventis,Sanofi-Aventis LLC,Sanofi-Aventis U.S. LLC,Sanofi US Services Inc.,Sanofi Pasteur,Sanofi Genzyme,Genzyme Corporation,Genzyme Biosurgery**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of December, 2019.

Attest:  NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.



<table>
<tr>
<td>

**CLERK OF THE COURT**
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

</td>
<td>

By _____, Deputy
                Clarisa Aguirre

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the _____ day of _____, 2019, at _____ I mailed to

_____

_____
Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition and Request for Disclosure attached thereto.

</td>
</tr>
</table>

*NAME OF PREPARER                    TITLE

ADDRESS

CITY                    STATE                    ZIP

                              TITLE

**RETURN OF SERVICE**

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

    The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

    This forwarding address was provided:_____


                     El Paso County, Texas

             By:_____
                    Deputy District Clerk

                        OR

             _____
                 Name of Authorized Person

             By:_____


**VERIFICATION BY AUTHORIZED PERSON**

State of Texas

County of El Paso

    Before me, a notary public, on this day personally appeared _____, known to me to be the person

whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am

disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and

correct."

                            Subscribed and sworn to be on this _____ day

                            of _____, _____.

                            _____

                            Notary Public, State of _____

                            My commission expires:_____

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued.  You may employ an attorney.  If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:  **SANOFI SA.**, which may be served with process by serving its registered agent, **CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO at 211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 8th day of November, 2019, by Attorney at Law, ADAM SETRA, 619 ARIZONA AVE.,  EL PASO, TX 79902 in this case numbered **2019DCV4364** on the docket of said court, and styled:

**Javier Cazares and Angelina Cazares**
**VS**

**Ortho El Paso P.A.,CVS Health Inc., d/b/a CVS, CVS Caremark Inc., d/b/a CVS, Genco Pharmaceutical Services, Aventis Inc.,Aventis Pharmaceutical Inc.,Sanofi SA,Sanofi U.S.,Sanofi-Aventis,Sanofi-Aventis LLC,Sanofi-Aventis U.S. LLC,Sanofi US Services Inc.,Sanofi Pasteur,Sanofi Genzyme,Genzyme Corporation,Genzyme Biosurgery**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of December, 2019.

Attest:  NORMA FAVELA BARCELEAU, District Clerk, El Paso County



CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

*NAME OF PREPARER                    TITLE

ADDRESS

CITY                    STATE          ZIP

By _____ , Deputy
          Clarisa Aguirre

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the _____ day of _____, 2019, at _____ I mailed to _____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition and Request for Disclosure attached thereto.

_____
                      TITLE

**RETURN OF SERVICE**

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

     The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

     This forwarding address was provided:_____


                          El Paso County, Texas

By:_____
                      Deputy District Clerk

                            OR

_____
                  Name of Authorized Person

By:_____


**VERIFICATION BY AUTHORIZED PERSON**

State of Texas

County of El Paso

     Before me, a notary public, on this day personally appeared _____, known to me to be the person

whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am

disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and

correct."

                          Subscribed and sworn to be on this _____ day

                          of _____, _____.


                          _____

                          Notary Public, State of _____

                          My commission expires:_____

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **SANOFI U.S. SERVICES INC.**, which may be served with process by serving its registered agent, **CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO at 211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 8th day of November, 2019, by Attorney at Law, ADAM SETRA, 619 ARIZONA AVE., EL PASO, TX 79902 in this case numbered **2019DCV4364** on the docket of said court, and styled:

**Javier Cazares and Angelina Cazares**
**VS**
**Ortho El Paso P.A.,CVS Health Inc., d/b/a CVS, CVS Caremark Inc., d/b/a CVS, Genco Pharmaceutical Services, Aventis Inc.,Aventis Pharmaceutical Inc.,Sanofi SA,Sanofi U.S.,Sanofi-Aventis,Sanofi-Aventis LLC,Sanofi-Aventis U.S. LLC,Sanofi US Services Inc.,Sanofi Pasteur,Sanofi Genzyme,Genzyme Corporation,Genzyme Biosurgery**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of December, 2019.

Attest: NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas



<table>
<tr><td>

CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

_____
\*NAME OF PREPARER           TITLE

_____
ADDRESS

_____
CITY          STATE          ZIP

</td><td>

By _____, Deputy
           Clarisa Aguirre

CERTIFICATE OF DELIVERY BY MAIL
I hereby certify that on the _____ day of _____, 2019, at _____ I mailed to

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition and Request for Disclosure attached thereto.

_____

_____
           TITLE

</td></tr>
</table>

**RETURN OF SERVICE**

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

    The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

    This forwarding address was provided:_____

El Paso County, Texas

By:_____
            Deputy District Clerk

OR

_____
Name of Authorized Person

By:_____

**VERIFICATION BY AUTHORIZED PERSON**

State of Texas

County of El Paso

    Before me, a notary public, on this day personally appeared _____, known to me to be the person
whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am
disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and
correct."

Subscribed and sworn to be on this _____ day

of _____, _____.

_____
Notary Public, State of _____
My commission expires:_____

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued.  You may employ an attorney.  If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:  **AVENTIS PHARMACEUTICALS INC.**, which may be served with process by serving its registered agent, **CT CORPORATION SYSTEM at 350 N. ST. PAUL STREET, DALLAS, TX 75201.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 8th day of November, 2019, by Attorney at Law, ADAM SETRA, 619 ARIZONA AVE., EL PASO, TX 79902 in this case numbered **2019DCV4364** on the docket of said court, and styled:

**Javier Cazares and Angelina Cazares**
**VS**

**Ortho El Paso P.A.,CVS Health Inc., d/b/a CVS, CVS Caremark Inc., d/b/a CVS, Genco Pharmaceutical Services, Aventis Inc.,Aventis Pharmaceutical Inc.,Sanofi SA,Sanofi U.S.,Sanofi-Aventis,Sanofi-Aventis LLC,Sanofi-Aventis U.S. LLC,Sanofi US Services Inc.,Sanofi Pasteur,Sanofi Genzyme,Genzyme Corporation,Genzyme Biosurgery**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of December, 2019.

Attest:  NORMA FAVELA BARCELEAU, District Clerk, El Paso County



CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

By _____, Deputy
Clarisa Aguirre

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

CERTIFICATE OF DELIVERY BY MAIL
I hereby certify that on the _____ day of _____, 2019, at _____ I mailed to

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition and Request for Disclosure attached thereto.

_____

| *NAME OF PREPARER | | TITLE |
|---|---|---|
| **ADDRESS** | | |
| CITY | STATE | ZIP |

TITLE

**RETURN OF SERVICE**

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

      The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

      This forwarding address was provided:_____


El Paso County, Texas

By:_____

           Deputy District Clerk

OR

_____

Name of Authorized Person

By:_____


**VERIFICATION BY AUTHORIZED PERSON**

State of Texas

County of El Paso

      Before me, a notary public, on this day personally appeared _____, known to me to be the person

whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am

disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and

correct."

Subscribed and sworn to be on this _____ day

of _____, _____.


_____

Notary Public, State of _____

My commission expires:_____

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **CVS Health Inc.**, which may be served with process by serving its registered agent, **CT Corporation System at 1999 BRYAN ST., STE. 900, DALLAS, TX 75201-3140.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on the this the 8th day of November, 2019, by Attorney at Law, ADAM SETRA, 619 ARIZONA AVE.,  EL PASO, TX 79902 in this case numbered **2019DCV4364** on the docket of said court, and styled:

**Javier Cazares and Angelina Cazares**
**VS**

**Ortho El Paso P.A.,CVS Health Inc., d/b/a CVS, CVS Caremark Inc., d/b/a CVS, Genco Pharmaceutical Services, Aventis Inc.,Aventis Pharmaceutical Inc.,Sanofi SA,Sanofi U.S.,Sanofi-Aventis,Sanofi-Aventis LLC,Sanofi-Aventis U.S. LLC,Sanofi US Services Inc.,Sanofi Pasteur,Sanofi Genzyme,Genzyme Corporation,Genzyme Biosurgery**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of December, 2019.

Attest: NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas

CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901
ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

By _____, Deputy
Clarisa Aguirre

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the _____ day of _____, 2019, at _____ I mailed to

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition and Request for Disclosure attached thereto.

_____

*NAME OF PREPARER                    TITLE

ADDRESS

CITY                STATE            ZIP

_____
TITLE

**RETURN OF SERVICE**

Delivery was completed on _____, delivered to_____
_____ as evidence by Domestic Return Receipt PS Form 3811
attached hereto.

     The described documents were not delivered to the named recipient. The certified mail envelope was returned undelivered marked _____.

     This forwarding address was provided:_____

El Paso County, Texas

By:_____

Deputy District Clerk

OR

_____

Name of Authorized Person

By:_____

**VERIFICATION BY AUTHORIZED PERSON**

State of Texas

County of El Paso

     Before me, a notary public, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and correct."

Subscribed and sworn to be on this _____ day
of _____, _____.

_____

Notary Public, State of _____
My commission expires:_____

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **GENZYME BIOSURGERY**, which may be served with process by serving its registered agent, **CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO at 211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 8th day of November, 2019, by Attorney at Law, ADAM SETRA, 619 ARIZONA AVE.,  EL PASO, TX 79902 in this case numbered **2019DCV4364** on the docket of said court, and styled:

**Javier Cazares and Angelina Cazares**
**VS**

**Ortho El Paso P.A.,CVS Health Inc., d/b/a CVS, CVS Caremark Inc., d/b/a CVS, Genco Pharmaceutical Services, Aventis Inc.,Aventis Pharmaceutical Inc.,Sanofi SA,Sanofi U.S.,Sanofi-Aventis,Sanofi-Aventis LLC,Sanofi-Aventis U.S. LLC,Sanofi US Services Inc.,Sanofi Pasteur,Sanofi Genzyme,Genzyme Corporation,Genzyme Biosurgery**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of December, 2019.

Attest: NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas

CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

By _____, Deputy
Clarisa Aguirre

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the _____ day of _____, 2019, at _____ I mailed to

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition and Request for Disclosure attached thereto.

_____
TITLE

*NAME OF PREPARER          TITLE

ADDRESS

CITY          STATE          ZIP

## RETURN OF SERVICE

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

    The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

    This forwarding address was provided:_____


                                       El Paso County, Texas

                  By:_____

                             Deputy District Clerk

                                  OR

                  _____

                         Name of Authorized Person

                  By:_____


## VERIFICATION BY AUTHORIZED PERSON

State of Texas

County of El Paso

    Before me, a notary public, on this day personally appeared _____, known to me to be the person

whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am

disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and

correct."

                                    Subscribed and sworn to be on this _____ day

                                    of _____, _____.


                                    _____

                                    Notary Public, State of _____

                                    My commission expires:_____

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **SANOFI-AVENTIS U.S. LLC**, which may be served with process by serving its registered agent, **CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO at 211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on the this the 8th day of November, 2019, by Attorney at Law, ADAM SETRA, 619 ARIZONA AVE., EL PASO, TX 79902 in this case numbered **2019DCV4364** on the docket of said court, and styled:

**Javier Cazares and Angelina Cazares**
**VS**

**Ortho El Paso P.A.,CVS Health Inc., d/b/a CVS, CVS Caremark Inc., d/b/a CVS, Genco Pharmaceutical Services, Aventis Inc.,Aventis Pharmaceutical Inc.,Sanofi SA,Sanofi U.S.,Sanofi-Aventis,Sanofi-Aventis LLC,Sanofi-Aventis U.S. LLC,Sanofi US Services Inc.,Sanofi Pasteur,Sanofi Genzyme,Genzyme Corporation,Genzyme Biosurgery**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of December, 2019.

Attest: NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.



CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

By _____, Deputy
Clarisa Aguirre

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the _____ day of _____, 2019, at _____ I mailed to

_____

_____
Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition and Request for Disclosure attached thereto.

| | |
|---|---|
| *NAME OF PREPARER | TITLE |
| ADDRESS | |
| CITY | STATE      ZIP |

_____
TITLE

## RETURN OF SERVICE

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

      The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

      This forwarding address was provided:_____


El Paso County, Texas

By:_____

         Deputy District Clerk

OR

_____

Name of Authorized Person

By:_____


## VERIFICATION BY AUTHORIZED PERSON

State of Texas

County of El Paso

      Before me, a notary public, on this day personally appeared _____, known to me to be the person

whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am

disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and

correct."

Subscribed and sworn to be on this _____ day

of _____, _____.


_____

Notary Public, State of _____

My commission expires:_____

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **SANOFI PASTEUR**, which may be served with process by serving its registered agent, **CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO at 211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 8th day of November, 2019, by Attorney at Law, ADAM SETRA, 619 ARIZONA AVE., EL PASO, TX 79902 in this case numbered **2019DCV4364** on the docket of said court, and styled:

**Javier Cazares and Angelina Cazares**
**VS**

**Ortho El Paso P.A.,CVS Health Inc., d/b/a CVS, CVS Caremark Inc., d/b/a CVS, Genco Pharmaceutical Services, Aventis Inc.,Aventis Pharmaceutical Inc.,Sanofi SA,Sanofi U.S.,Sanofi-Aventis,Sanofi-Aventis LLC,Sanofi-Aventis U.S. LLC,Sanofi US Services Inc.,Sanofi Pasteur,Sanofi Genzyme,Genzyme Corporation,Genzyme Biosurgery**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of December, 2019.

Attest: NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.



CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

**ATTACH**
**RETURN RECEIPTS**
**WITH**
**ADDRESSEE'S SIGNATURE**
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

By _____ Deputy
Clarisa Aguirre

**CERTIFICATE OF DELIVERY BY MAIL**

I hereby certify that on the _____ day of _____, 2019, at _____ I mailed to

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition and Request for Disclosure attached thereto.

_____

*NAME OF PREPARER            TITLE

ADDRESS

CITY            STATE            ZIP

_____
TITLE

## RETURN OF SERVICE

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

      The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

      This forwarding address was provided:_____


                              El Paso County, Texas

                 By:_____

                             Deputy District Clerk

                                   OR

                    _____

                        Name of Authorized Person

                 By:_____


## VERIFICATION BY AUTHORIZED PERSON

State of Texas

County of El Paso

      Before me, a notary public, on this day personally appeared _____, known to me to be the person

whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am

disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and

correct."

                    Subscribed and sworn to be on this _____ day

                    of _____, _____.


                    _____

                    Notary Public, State of _____

                    My commission expires:_____

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **SANOFI U.S.**, which may be served with process by serving its registered agent, **CORPORATION SERVICE COMPANY DBA CSC LAWYERS INCO at 211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on the this the 8th day of November, 2019, by Attorney at Law, ADAM SETRA, 619 ARIZONA AVE.,  EL PASO, TX 79902 in this case numbered **2019DCV4364** on the docket of said court, and styled:

**Javier Cazares and Angelina Cazares**
**VS**

**Ortho El Paso P.A.,CVS Health Inc., d/b/a CVS, CVS Caremark Inc., d/b/a CVS, Genco Pharmaceutical Services, Aventis Inc.,Aventis Pharmaceutical Inc.,Sanofi SA,Sanofi U.S.,Sanofi-Aventis,Sanofi-Aventis LLC,Sanofi-Aventis U.S. LLC,Sanofi US Services Inc.,Sanofi Pasteur,Sanofi Genzyme,Genzyme Corporation,Genzyme Biosurgery**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of December, 2019.

Attest:  NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

By _____, Deputy
Clarisa Aguirre

CERTIFICATE OF DELIVERY BY MAIL

<table>
<tr><td>

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

</td><td>

I hereby certify that on the _____ day of _____, 2019, at _____ I mailed to

_____

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition and Request for Disclosure attached thereto.

</td></tr>
</table>

| *NAME OF PREPARER | | TITLE |
| --- | --- | --- |
| **ADDRESS** | | |
| CITY | STATE | ZIP |

_____
TITLE

## RETURN OF SERVICE

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

     The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

     This forwarding address was provided:_____


El Paso County, Texas

By:_____
           Deputy District Clerk

OR

_____
Name of Authorized Person

By:_____


## VERIFICATION BY AUTHORIZED PERSON

State of Texas

County of El Paso

     Before me, a notary public, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and correct."

Subscribed and sworn to be on this _____ day
of _____, _____.


_____
Notary Public, State of _____
My commission expires:_____

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:   **AVENTIS INC.**, which may be served with process by serving its registered agent, **CT CORPORATION SYSTEM at 350 N. ST. PAUL STREET, DALLAS, TX  75201.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 8th day of November, 2019, by Attorney at Law, ADAM SETRA, 619 ARIZONA AVE.,  EL PASO, TX 79902 in this case numbered **2019DCV4364** on the docket of said court, and styled:

**Javier Cazares and Angelina Cazares**
**VS**

**Ortho El Paso P.A.,CVS Health Inc., d/b/a CVS, CVS Caremark Inc., d/b/a CVS, Genco Pharmaceutical Services, Aventis Inc.,Aventis Pharmaceutical Inc.,Sanofi SA,Sanofi U.S.,Sanofi-Aventis,Sanofi-Aventis LLC,Sanofi-Aventis U.S. LLC,Sanofi US Services Inc.,Sanofi Pasteur,Sanofi Genzyme,Genzyme Corporation,Genzyme Biosurgery**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of December, 2019.

Attest: NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.



CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

*NAME OF PREPARER                    TITLE

ADDRESS

CITY                    STATE                    ZIP

By _____ , Deputy
Clarisa Aguirre

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the _____ day of _____, 2019, at _____ I mailed to

_____
_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition and Request for Disclosure attached thereto.

_____
_____
TITLE

## RETURN OF SERVICE

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

      The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

      This forwarding address was provided:_____


El Paso County, Texas

By:_____
         Deputy District Clerk

OR

_____
      Name of Authorized Person

By:_____


## VERIFICATION BY AUTHORIZED PERSON

State of Texas

County of El Paso

      Before me, a notary public, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and correct."

Subscribed and sworn to be on this _____ day

of _____, _____.


_____

Notary Public, State of _____

My commission expires:_____

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:  **CVS Caremark Inc.**, which may be served with process by serving its registered agent, CT **Corporation System at 1999 BRYAN ST., STE. 900, DALLAS, TX 75201-3140.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on the this 8th day of November, 2019, by Attorney at Law, ADAM SETRA, 619 ARIZONA AVE.,  EL PASO, TX 79902 in this case numbered **2019DCV4364** on the docket of said court, and styled:

**Javier Cazares and Angelina Cazares**

**VS**

**Ortho El Paso P.A.,CVS Health Inc., d/b/a CVS, CVS Caremark Inc., d/b/a CVS, Genco Pharmaceutical Services, Aventis Inc.,Aventis Pharmaceutical Inc.,Sanofi SA,Sanofi U.S.,Sanofi-Aventis,Sanofi-Aventis LLC,Sanofi-Aventis U.S. LLC,Sanofi US Services Inc.,Sanofi Pasteur,Sanofi Genzyme,Genzyme Corporation,Genzyme Biosurgery**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 2nd day of December, 2019.

Attest:  NORMA FAVELA BARCELEAU, District Clerk, El Paso County

CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

\*NAME OF PREPARER                 TITLE

**ADDRESS**

CITY                 STATE                 ZIP

By _____, Deputy
Clarisa Aguirre

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the _____ day of _____, 2019, at _____ I mailed to

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition and Request for Disclosure attached thereto.

_____

TITLE